UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| TIFFANY N. COFFEY, | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | Nos. 3:17-CR-041-PLR-CCS-10 |
| v. | ) | 3:18-CV-489-PLR |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## O R D E R

In accordance with the accompanying memorandum opinion, this pro se prisoner's motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 [Doc. 333] is **DENIED** and this action is **DISMISSED**. For the reasons set forth in the accompanying memorandum, a certificate of appealability **SHALL NOT ISSUE**. Also, as the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, she is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the civil file.

**SO ORDERED**.

E N T E R :

_____
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

*/s/ JOHN L. MEDEARIS*
    CLERK OF COURT